# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1583

_____

Rex Gard

*Plaintiff - Appellant*

v.

Bob Dooley, Chief Warden; Jenifer Stanwick, Deputy Warden; Rebecca Schieffer, Associate Warden; Susan Jacobs, Associate Warden; Other DOC Staff, unknown at this time, in their individual and official capacities

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: April 16, 2018
Filed: April 30, 2018
[Unpublished]

_____

Before GRUENDER, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate Rex Gard appeals after the district court[1] adversely granted summary judgment on his pro se 42 U.S.C. § 1983 complaint asserting claims under the Religious Land Use and Institutionalized Persons Act, the Free Exercise Clause, and the Equal Protection Clause.

After careful *de novo* review, *see Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012), we conclude that the district court appropriately granted summary judgment for the reasons outlined in the Report and Recommendation of the magistrate judge. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1] The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Veronica L. Duffy, United States Magistrate Judge for the District of South Dakota.